UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>J & A W 86TH, LLC,<br>an Indiana Limited Liability Company,<br><br>    Defendant.<br>_____ | CASE NO.: 1:25-cv-1049-MPB-MG |

## NOTICE OF SETTLEMENT

  Plaintiff and Defendant, by and through their respective undersigned counsel, hereby file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties request that all upcoming deadlines and conferences be adjourned while they finalize their settlement.

Dated: October 21, 2025

Respectfully submitted,

/s/ Louis I. Mussman
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law

Respectfully submitted,

/s/ Joshua Robertson          .
Joshua Robertson, Esq.
Bar No. 22859-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
Tel: (317) 573-8888
jrobertson@cgglawfirm.com

*Attorneys for Defendant*

6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Joshua Robertson, Esq.
Bar No. 22859-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
jrobertson@cgglawfirm.com

By: *Louis I. Mussman*
Louis I. Mussman, Esq.

2